PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | Case No. 04-10099-02 |
| Arun Kumar ) | |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Arun Kumar, have discussed with Carolyn W. Moore, Pretrial Services Officer, modification of my release conditions as follows:

Defendant is allowed to travel outside the Western District of Tennessee for employment purposes.

I consent to this modification of my release conditions and agree to abide by this modification.

_Arun Kumar_   06-16-05      _Carolyn W. Moore_   6/16/05
Signature of Defendant   Date      Pretrial Services Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   6-16-05
Signature of Defense Counsel   Date

[ ] The above modification of conditions of release is ordered, to be effective on _20 June 2005_

[ ] The above modification of conditions of release is <u>not</u> ordered.

_James D. Todd_   20 June 2005
Signature of Judicial Officer   Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _06-21-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:04-CR-10099 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT