

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.   NO. 1:004-10099-02-T

ARUN KUMAR

### ORDER DISMISSING INDICTMENT

Upon motion of the United States Attorney and for good cause shown, it is,

ORDERED that the Indictment, as to the Defendant, Arun Kumar, be and is hereby dismissed.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 14 October 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 1:04-CR-10099 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Timothy J. Crocker
LAW OFFICE OF TIMOTHY CROCKER
P.O. Box 505
Milan, TN 38358

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT